UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVE HAWKINS,

      Plaintiff,

vs.                                            Case No. 07-CV-0712

CITY OF KENOSHA,
CHIEF DANIEL C. WADE,
LT. LEWIS LINDQUIST,
LT. STEVE LARSON,
OFFICER DANIEL DeJONGE, and
SGT. CHUCK HANNES,
In their individual capacities,

      Defendants.

---

## ORDER FOR DISMISSAL

---

Upon the Stipulation of the parties,

IT IS HEREBY ORDERED, that all of Plaintiff's claims against Defendants, City of Kenosha, Chief Daniel C. Wade, Lt. Lewis Lindquist, Lt. Steve Larson, Officer Daniel DeJonge and Sgt. Chuck Hannes, shall be dismissed on their merits, with prejudice, and without costs or fees to any party.

Dated this 15th day of May 2009.

                                                        By the Court:

                                                        *s/ Rudolph T. Randa*
                                                        Honorable Rudolph T. Randa
                                                        United States District Court Judge